UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1354 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDY LEE STEEN,<br>Defendant. | ) | **ORDER** |

Based upon the motion and declaration of the United States, the default judgment, dated November 16, 2001, and entered against defendant is hereby vacated.

IT IS SO ORDERED.

Dated: April 4, 2002

United States District Court

FILED 4-5-02
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________